**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

YVONNE WATTS,

               Plaintiff,

vs.                                      CASE NO. 6:04-CV-1219-ORL-19JGG

JO ANNE B. BARNHART,
Commissioner of Social Security,

               Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the

United States Magistrate Judge (Doc. No. 13, filed July 28, 2005).  No objection to said

Report and Recommendation was filed.  Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 13) is **ADOPTED and**

**AFFIRMED.**  The decision of the Commissioner is hereby **REMANDED** under Sentence

Four for further proceedings not inconsistent with the Report and Recommendation of the

United States Magistrate Judge (Doc. No. 13).

**DONE AND ORDERED** at Orlando, Florida, this   11th    day of August, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record